UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  17-cv-23313-DPG

WILLIAM and MARY TONELLI, as Parents and
Legal Guardians of ELLA TONELLI, a minor,

    *Plaintiffs*,

vs.

NCL (BAHAMAS) LTD, a Bermuda Company
d/b/a NORWEGIAN CRUISE LINE,

    *Defendant*.
_____/

**DEFENDANT'S MOTION FOR A SEVEN-DAY EXTENSION OF TIME TO FILE REPLIES TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' EXPERT, ALISON OSINSKI [DE 106] AND PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' EXPERT, HARRY HULL [DE 107]**

    Defendant, NCL (BAHAMAS) LTD., a Bermuda Company d/b/a Norwegian Cruise Line, ("Norwegian"), by and through undersigned counsel, and pursuant to the relevant Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida, moves for a 7-day extension of time to file replies to 1) Plaintiffs' Response in Opposition to Defendant's Motion to Strike Plaintiffs' Expert, Alison Osinski [DE 106] and 2) Plaintiffs' Response in Opposition to Defendant's Motion to Strike Plaintiffs' Expert, Harry Hull [DE 107] up through and including August 17, 2018, and states as follows:

1. This is a maritime negligence action in which Plaintiffs claim their daughter contracted salmonella aboard a Norwegian cruise.

CASE NO.:  17-cv-23313-DPG

2. On August 3, 2018, Plaintiffs filed their 1) Response in Opposition to Defendant's Motion to Strike Plaintiffs' Expert, Alison Osinski [DE 106] and 2) Response in Opposition to Defendant's Motion to Strike Plaintiffs' Expert, Harry Hull [DE 107].

3. Accordingly, Norwegian's Replies to the aforementioned Responses are due on or before August 10, 2018.

4. Despite the best efforts and diligence of Norwegian, due to other professional commitments, additional time is needed to complete the replies to Plaintiffs' Responses.

5. The trial in this matter is currently scheduled during the two-week trial period commencing October 29, 2018.  The requested extension for the filing of the replies will not impact the current trial date or any pre-trial deadlines.

6. Norwegian makes this request in good faith, before the time the replies are due, and with no intention of delaying the proceedings in this matter.

7. Moreover, no prejudice will be sustained with the relief requested herein.

8. In light of the above, the Norwegian respectfully submits that there is good cause for the Court to grant a brief enlargement of time, through Friday, August 17, 2018, for Norwegian to submit its replies.

9. A proposed Order is attached as Exhibit A.

WHEREFORE, Defendant respectfully requests that this Court grant its Motion and enter an Order permitting the Defendant an enlargement of time up though and including August 17, 2018 ,to file its replies to 1) Plaintiffs' Response in Opposition to Defendant's Motion to Strike Plaintiffs' Expert, Alison Osinski [DE 106] and 2) Plaintiffs' Response in Opposition to Defendant's Motion to Strike Plaintiffs' Expert, Harry Hull[DE 107].

CASE NO.:  17-cv-23313-DPG

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (3)

Undersigned counsel hereby certifies that counsel for the parties have conferred in a good faith effort to resolve the issues raised in the Motion and Plaintiffs oppose said Motion.

Date: August 6, 2018
   Miami, Florida

Respectfully submitted,

**FOREMAN FRIEDMAN, PA**

BY:   */s/ Jonathan Hernandez*
   Jeffrey E. Foreman, Esq. (FBN 0240310)
   jforeman@fflegal.com
   Michael C. Gordon, Esq. (FBN 149284)
   mgordon@fflegal.com
   Jonathan Hernandez, Esq. (FBN 69047)
   jhernandez@fflegal.com
   One Biscayne Tower, Suite 2300
   2 South Biscayne Boulevard
   Miami, FL  33131
   Phone: 305-358-6555
   Fax: 305-374-9077
   *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2018, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

By:  */s/ Jonathan Hernandez*
   Jonathan Hernandez, Esq.

CASE NO.:  17-cv-23313-DPG

## SERVICE LIST

Eduardo J. Hernandez, Esq.
ehernandez@ejh-law.com
EDUARDO J. HERNANDEZ, LLC
8660 W. Flagler Street, Suite 124
Miami, FL 33414
Telephone:    (305) 567-0910
Facsimile:     (786) 454-8905
*Attorneys for Plaintiff*

Louis A. Vucci, Esq.
louis@thevuccilawgroup.com
milly@thevuccilawgroup.com
LOUIS A. VUCCI, P.A.
8101 Biscayne Blvd., Suite 311
Miami, FL 33138
Telephone:    (305) 573-0125
Facsimile:     (786) 536-7799
*Attorneys for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
mfonticiella@fflegal.com
Michael C. Gordon, Esq.
mgordon@fflegal.com
crcano@fflegal.com
mfernandez@fflegal.com
Jonathan Hernandez, Esq.
jhernandez@fflegal.com
crcano@fflegal.com
FOREMAN FRIEDMAN, PA
One Biscayne Tower – Suite #2300
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-358-6555/ Fax: 305-374-9077
*Attorney for Defendant*